FILED
May 20, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002647747

**3**

Walter R. Dahl, CSB No. 102186 [wdahl@DahlLaw.net]
Candy Dahl Goldman, CSB No. 186031 [cdahl@DahlLaw.net]
Thomas S. Tengan, CSB No. 134052 [ttengan@DahlLaw.net]
**DAHL & DAHL, ATTORNEYS AT LAW**
2304 "N" Street
Sacramento, CA 95816-5716

Telephone: (916) 446-8800
Telecopier: (916) 446-1634

Attorneys for Denise Marie Cook

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| In Re:<br><br>**Denise Marie Cook,**<br><br>4860 China Hill Road, El Dorado, CA 95623<br>xx-xx-5075<br><br>Debtor. | Case No.: 10-32575-A-7<br>DC No.: DD-01<br><br>Date: June 7, 2010<br>Time: 9:00 AM<br>Judge: McManus<br>Courtroom: 28<br>Place: 501 I Street, 7th Fl<br>Sacramento CA 95814 |

**MOTION BY DEBTOR FOR ORDER COMPELLING TRUSTEE TO ABANDON DEBTOR'S SOLE PROPRIETORSHIP BUSINESSES**

1. Debtor hereby moves the court pursuant to 11 U.S.C. Section §554(b) for an order compelling the Trustee to abandon Debtor's sole proprietorship businesses on the basis that the businesses are of inconsequential value or benefit to the estate and are otherwise burdensome to the administration of this case.

## I.  Factual Background.

2. Denise Marie Cook filed a voluntary petition for relief under the United States Bankruptcy Code [11 U.S.C. §101 et seq.] ("Bankruptcy Code") on or about May 13, 2010.

3. Thomas E. May was appointed to serve as Chapter 7 Trustee in Debtor's case.

4. Debtor owns two sole proprietorship businesses known as Denise M. Cook, Realtor and D.M. Cook, General Contractor both located at 4860 China Hill Road, El Dorado, CA 95623 ("Subject Businesses"). Debtor believes the combined current fair market value of the Subject Businesses is $ __2,841.00__ , as noted on Schedule B filed with this Court [See, Docket Item No. 1].

5. The assets of the Subject Businesses consist of the following:

    a. Accounts Receivable/Work in Progress/Inventory:     $____0.00____

    b. Furniture, fixtures and equipment     $___165.00____

    c. Bank accounts (checking, savings)     $_2,631.00____

    c. General intangibles     $____0.00____

    d. Real Estate Sales License # 01260662     $____0.00____

    e. California General Contractor's License # 435568     $____0.00____

6. Debtor has exempted up to $ __2,796.00__ of equity in the Subject Businesses pursuant to Schedule C filed with this Court [*See*, Docket Item No. 1].

7. The debts of the Subject Businesses coupled with the exempt equity equal or exceed the fair market value of the Subject Businesses, therefore, there is no non-exempt equity in the Subject Businesses.

## II. The Sole Proprietorship Businesses Are Burdensome or of Inconsequential Value and Benefit to the Estate.

8. 11 U.S.C. Section 554(b) provides as follows:

> On request of a party in interest and after notice and a hearing, the court may order the trustee to abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate.

9. As set forth above, there is minimal equity in the Subject Businesses and they are, therefore, of inconsequential value and benefit to the estate.

10. The Subject Businesses may also be burdensome to the estate due to on-going bond maintenance and license costs and other potential risks faced by the estate through continued ownership of the Subject Businesses.

11. As such, the court should order the Trustee to abandon the Subject Businesses.

WHEREFORE, Debtor prays:

      1.     For an order compelling the Trustee to abandon the Subject Businesses; and,

      2.     For such other and further relief as the court deems proper.


Dated:   May 19, 2010                   DAHL & DAHL,
                                         ATTORNEYS AT LAW


                                      By:  */s/ Candy Dahl Goldman*
                                        Candy Dahl Goldman
                               Attorneys for Denise M. Cook